

## NUMBERS 13-08-00233-CV, 13-08-00234-CV, 13-08-00235-CV, & 13-08-00236-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**IN THE GUARDIANSHIP OF E.N., JR., E.N., J.L.P., AND A.S., THE PROPOSED WARDS**

**On appeal from the Probate Court of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Raquel Perez, has filed motions in each of these causes to dismiss these appeals for mootness. According to her motions, the controversies between the parties ended on April 25, 2008, after notices of appeal were filed, when the trial court, on its own motion, signed revised orders. Appellant requests that this Court dismiss these appeals.

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). The motions to dismiss are granted, and the appeals are hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of July, 2008.